UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHAMIRA CANNON et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. et al )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>4:20-cv-00427-ALM |

## PLAINTIFFS' NOTICE OF SETTLEMENT

NOW COMES Plaintiffs, to file this Notice, and in support would show as follows.

1. Plaintiffs and EXPERIAN INFORMATION SOLUTIONS, INC. have settled all claims between them and Plaintiffs at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal with prejudice as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

2. Plaintiffs will file a Stipulation of Dismissal with Prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC. when closing documents are exchanged and executed.

3. Plaintiffs reserve and maintain all claims against all other defendants, if any remain, at this time.

Dated: October 12, 2020

    Respectfully submitted,

                */s/Jonathan Raburn*
                Jonathan Raburn

        ATTORNEY FOR PLAINTIFF
        Louisiana Bar Roll No. 28728
        McCarty & Raburn, A Consumer Law Firm, PLLC
        2931 Ridge Rd, Suite 101 #504
        Rockwall, TX 75032
        jonathan@geauxlaw.com
        Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on the October 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed October 12, 2020

        */s/Jonathan Raburn*
        Jonathan Raburn
        ATTORNEY FOR PLAINTIFF