IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SHAMIRA CANNON, et al,** | § § § | |
| Plaintiffs, | § § | CASE NO. 4:20-cv-00427 |
| v. | § § § | |
| **VERIZON COMMUNICATIONS, INC., And EXPERIAN INFORMATION SOLUTIONS, INC** | § § § § § § | |
| Defendants. | § | |

## ORDER

In accordance with Joint Stipulation of Dismissal without Prejudice filed by Plaintiffs and Defendant, Cellco Partnership d/b/a Verizon Communications, Inc., all claims are hereby DISMISSED WITHOUT PREJUDICE as to their refiling. Nothing here shall prejudice Plaintiffs' ongoing claims against Defendant Cellco in arbitration. All costs, attorney fees, and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 19th day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE